REDACTED

-FILED-

JUL 22 2020

At _____ M
ROBERT N. TRGOVICH, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT |
| | ) | |
| v. | ) | Cause No. 1:20-CR-40 |
| | ) | Violations: |
| LEARY T. KAISER | ) | 18 U.S.C. § 1001(a)(3) and (a)(2) |

**THE GRAND JURY CHARGES:**

<u>COUNT 1</u>

Between on or about May 21, 2019 and June 4, 2019, in the Northern District of Indiana,

LEARY T. KAISER,

defendant herein, an employee of Darkside Armory, a federally licensed firearms dealer, did willfully and knowingly make and use a false writing and document, in any matter within the jurisdiction of the executive branch of the Government of the United States, by providing false and fictitious information on an ATF form 4473, indicating that the transferee who filled out the 4473 form purchased an Armscor, Model 206 revolver and changing the total number of firearms purchased in box 30a from one to two, in order to provide that information to the National Tracing Center, knowing the same to contain any false, fictitious, or fraudulent statement or entry;

All in violation of 18 U.S.C. § 1001(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

<u>COUNT 2</u>

Between on or about June 10, 2019 and June 14, 2019, in the Northern District of Indiana,

LEARY T. KAISER,

defendant herein, an employee of Darkside Armory, a federally licensed firearms dealer, did willfully and knowingly make and use a false writing and document, in any matter within the jurisdiction of the executive branch of the Government of the United States, by providing false and fictitious information on an ATF form 4473, indicating that the transferee who filled out the 4473 form purchased a Sig Sauer P938 pistol and changing the total number of firearms purchased in box 29 from one to two, in order to provide that information to the National Tracing Center, knowing the same to contain any false, fictitious, or fraudulent statement or entry;

All in violation of 18 U.S.C. § 1001(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 3

Between on or about September 16, 2019 and September 18, 2019, in the Northern District of Indiana,

## LEARY T. KAISER,

defendant herein, an employee of Darkside Armory, a federally licensed firearms dealer, did willfully and knowingly make and use a false writing and document, in any matter within the jurisdiction of the executive branch of the Government of the United States, by providing false and fictitious information on an ATF form 4473, indicating that the transferee who filled out the form purchased a Taurus G2C pistol, in order to provide that information to the National Tracing Center, knowing the same to contain any false, fictitious, or fraudulent statement or entry;

All in violation of 18 U.S.C. § 1001(a)(3).

**THE GRAND JURY FURTHER CHARGES:**

## COUNT 4

On or about January 23, 2020, in the Northern District of Indiana

LEARY T. KAISER,

defendant herein, did willfully and knowingly make a materially false, fictitious and fraudulent statement and representation, in any matter within the jurisdiction of the executive branch of the Government of the United States, that is, an official criminal investigation conducted by the Bureau of Alcohol, Tobacco, Firearms and Explosives, by denying that he provided false or fictitious information to the National Tracing Center, knowing that information to be false;

All in violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL

_____/s/ Foreperson_____
Foreperson

THOMAS L. KIRSCH, II
UNITED STATES ATTORNEY

/s/ Stacey R. Speith
By:   Stacey R. Speith
      Assistant United States Attorney